JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALL RIGHT AND TITLE TO THE YACHT M/Y EQUANIMITY,<br><br>　　　　Defendant. | NO. CV 17-4441-DSF (PLAx)<br><br>**ORDER LIFTING STAY FOR THE PURPOSE OF THE GOVERNMENT FILING A NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

　　　Based on Parties' stipulation and request to lift the stay for the purpose of the Government filing a Notice of Dismissal without Prejudice, and for good cause shown, the Court hereby grants the stipulation to lift the stay for the purpose of the Government filing a Notice of Dismissal without Prejudice.

　　　IT IS SO ORDERED.

　DATED:  December 21, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE