

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 8 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 18-55685 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:17-cv-04441-DSF-PLA |
| v. | Central District of California, Los Angeles |
| ALL RIGHT AND TITLE TO THE YACHT M Y EQUANIMITY, | ORDER |
| Defendant, | |
| EQUANIMITY CREW (CAYMAN) LTD.; et al., | |
| Claimants-Appellants. | |

The parties' joint stipulated motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), Dkt. No. 48, is **GRANTED**. Each party shall bear its own cost of appeal. The copy of this order constitutes the mandate.

**IT IS SO ORDERED**.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7